AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jernigan, Stacey G. | U.S. Bankruptcy Court, NDTX | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1254
Dallas, TX 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Haynes and Boone, LLP Partners' Retirement Plan - Defined Benefit Pension Plan (vested pension benefit earned at former law firm; common fund - no control). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/29/2013 | Bloomberg, LP-compensation for writing bankruptcy treatise | $2,376.00 |
| 2. 12/30/2013 | Bloomberg, LP-compensation for writing bankruptcy treatise | $1,812.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Dallas Police Dept.-salary |
| 2. 2013 | D&L Entertainment-wages/extra job (security-Mary Kay Cosmetics convention) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Mgmt. Assoc. | April 10-11, 2013 | San Antonio, TX | Speaker at Bankr. Conference | Transportation, lodging and meals |
| 2. | State Bar of Tex. Bankr. Law Section | May 18-28, 2013 | Arusha, Tanzania | Speaker at Bankr. Conference | Transportation, lodging and meals |
| 3. | State Bar of Tex. Bankr.Law Section | June 5-7, 2013 | San Antonio, TX | Speaker at Bankr. Conference | Transportation, lodging and meals |
| 4. | Mississippi Bankruptcy Conference | Dec. 11-13 , 2013 | Jackson, MS | Speaker at Bankr. Conference | Transporation, lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of America Checking Accts | A | Interest | J | T | | | | | |
| 2.   Bank of America Savings Acct | A | Interest | J | T | | | | | |
| 3.   Bank of America/Merrill Lynch Retirement Acct | A | Interest | J | T | | | | | |
| 4.   Fidelity Brokerage Svcs, LLC Acct | A | Int./Div. | | | Closed | 01/14/13 | J | | |
| 5.   TXTom.FundColl.Inv. Plan, BlendedAged-Portfolio(no control) | A | Interest | J | T | | | | | |
| 6.   IRA - Capital Bank & Trust Co. n/k/a BOSC, Inc. | | | | | | | | | |
| 7.   - Growth Fund of America | C | Int./Div. | M | T | | | | | |
| 8.   - New Perspective Fund | A | Int./Div. | M | T | | | | | |
| 9.   - Capital World Growth & Income Fund | A | Int./Div. | K | T | | | | | |
| 10.   - Fundamental Investors Fund | B | Int./Div. | M | T | | | | | |
| 11.   - Income Fund of America | C | Int./Div. | M | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -

Line 1: I actually now have 3 Bank of America checking accounts, as I have now opened up 2 separate accounts for each of ▓▓▓▓▓▓▓▓▓▓▓ The income and value listed in columns B and C reflect aggregate income and value in all 3 accounts.

Line 4: On January 14, 2013, I closed out my Fidelity Brokerage Services, LLC account, and all funds that had been held and invested therein were liquidated and transferred to my Bank of America checking account, where the funds therein were therafter used for ▓▓▓▓▓▓▓▓ college tuition. Therefore, all funds shown on my 2012 Report, at Part VII, Lines 5-27, are not shown on my 2013 Report, because they were all liquidated and closed on January 14, 2013, with no particular fund at Lines 5-27 having more than $1,000 at the time of closing.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stacey G. Jernigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544